IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA

v.                                                    CASE NO.: 4:10cr51-SPM/WCS

ROLANDO MACIAS,

                Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, ROLANDO MACIAS., to Count One

of the indictment is hereby ACCEPTED.  All parties shall appear before this

Court for sentencing as directed.

DONE AND ORDERED this 10th day of August, 2010.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
Chief United States District Judge